# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130804

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MELANIE MORGAN,
      Plaintiff-Appellant,

v

LIFEWAYS,
      Defendant-Appellee,

SC: 130804
COA: 264254
Jackson CC: 04-002725-NO

and

W.A. FOOTE MEMORIAL HOSPITAL,
      Defendant.

_____/

On order of the Court, the application for leave to appeal the February 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

s0619